242 U.S. 648, 37 S.Ct. 242

### ALASKA PACIFIC FISHERIES, Petitioner, v. TERRITORY OF ALASKA.

No. 812.

Supreme Court of the United States.

Jan. 15, 1917.

Mr. Harvey M. Friend, for petitioner.

Mr. George B. Grigsby, for respondent.

Denied.

242 U.S. 648, 37 S.Ct. 242

### ALASKA SALMON COMPANY, Petitioner, v. TERRITORY OF ALASKA.

No. 815.

Supreme Court of the United States.

Jan. 15, 1917.

Messrs. Warren Gregory, George H. Whipple, E. S. Mc-Cord, and W. H. Boyle, for petitioner.

Mr. George B. Grigsby for respondent.

Denied.